UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X

UNITED STATES OF AMERICA             :   ORDER

       - v. -                        :   S1 15 Cr. 599 (RA)

JUAN PERALTA,                        :
     a/k/a "Viejito,"                :
     a/k/a "Biejito,"                :

            Defendant.               :
------------------------------------- X

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Preet Bharara, by Assistant United States Attorney Andrew DeFilippis;

It is found that the Indictment in the above-captioned action, S1 15 Cr. 599 (RA), is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

ORDERED that the Indictment, S1 15 Cr. 599 (RA), in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:   New York, New York
         September 9, 2015

                                    _____
                                    THE HONORABLE FRANK MAAS
                                    UNITED STATES MAGISTRATE JUDGE
                                    SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/15