UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA                 :

    - v. -                              :    **SEALED SUPERSEDING**
                                         :    **INDICTMENT**
JUAN PERALTA,                            :
    a/k/a "Viejito,"                    :    S1 15 Cr. 599
    a/k/a "Biejito,"                    :
                                         :
              Defendant.             :
                                         :

- - - - - - - - - - - - - - - - - - X

COUNT ONE
(Conspiracy to Import Narcotics into the United States)

The Grand Jury charges:

    1.  From at least in or about October 2014, up to and including at least in or about September 2015, in the Southern District of New York and elsewhere, JUAN PERALTA, a/k/a "Viejito," a/k/a "Biejito," the defendant, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

    2.  It was a part and object of the conspiracy that JUAN PERALTA, a/k/a "Viejito," a/k/a "Biejito," the defendant, and others known and unknown, would and did import into the United States and into the customs territory of the United States from a place outside thereof a controlled substance, in violation of 21 U.S.C. §§ 952(a) and 960(a)(1).

3. It was further a part and object of the conspiracy that JUAN PERALTA, a/k/a "Viejito," a/k/a "Biejito," the defendant, and others known and unknown, would and did manufacture and distribute a controlled substance, knowing and intending that such substance would be unlawfully imported into the United States and into waters within a distance of twelve miles of the coast of the United States, in violation of 21 U.S.C. §§ 959 and 960(a)(3).

4. The controlled substances that JUAN PERALTA, a/k/a "Viejito," a/k/a "Biejito," the defendant, conspired to: (i) import into the United States and into the customs territory of the United States from a place outside thereof; and (ii) manufacture and distribute, knowing and intending that they would be unlawfully imported into the United States and into waters within a distance of twelve miles of the coast of the United States, were (i) five kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of 21 U.S.C. § 960(b)(1)(B); and (ii) one kilogram and more of mixtures and substances containing a detectable amount of heroin, in violation of 21 U.S.C. § 960(b)(1)(A).

(Title 21, United States Code, Section 963.)

COUNT TWO
(Conspiracy to Distribute Narcotics)

The Grand Jury further charges:

5.  From at least in or about October 2014, up to and including at least in or about September 2015, in the Southern District of New York and elsewhere, JUAN PERALTA, a/k/a "Viejito," a/k/a "Biejito," the defendant, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

6.  It was a part and an object of the conspiracy that JUAN PERALTA, a/k/a "Viejito," a/k/a "Biejito," the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1).

7.  The controlled substances that JUAN PERALTA, a/k/a "Viejito," a/k/a "Biejito," the defendant, conspired to distribute and possess with intent to distribute were (i) five kilograms and more of mixtures and substances containing a detectable amount of cocaine; and (ii) one kilogram and more of mixtures and substances containing a detectable amount of heroin; both in violation of 21 U.S.C. § 841(b)(1)(A).

(Title 21, United States Code, Section 846.)

## FORFEITURE ALLEGATION

8. As a result of committing the controlled substance offenses charged in Count One and Count Two of this Indictment, JUAN PERALTA, a/k/a "Viejito," a/k/a "Biejito," the defendant, shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853 and 970, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the offenses and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offenses charged in Count One and Count Two of this Indictment.

### Substitute Assets Provision

9. If any of the above-described forfeitable property, as a result of any act or omission of JUAN PERALTA, a/k/a "Viejito," a/k/a "Biejito," the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property

                which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Sections 853(p) and 970, to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

        (Title 21, United States Code, Sections 853 and 970.)

_____  
FOREPERSON

_____  
PREET BHARARA  
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JUAN PERALTA,
a/k/a "Viejito,"
a/k/a "Biejito,"
Defendant.

**SEALED SUPERSEDING INDICTMENT**

S1 15 Cr. 599

(21 U.S.C. §§ 963, 846.)

PREET BHARARA
United States Attorney.

A TRUE BILL

_____ Foreperson.

9/8/15 - Filed Sealed Superseding Indictment
ee  a/w issued

J Maes
USMJ