AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. S1 15 CR 599 |
| JUAN PERALTA | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JUAN PERALTA

Date:   09/09/2015

*Attorney's signature*

LAWRENCE A. DUBIN, ESQ.
*Printed name and bar number*

401 BROADWAY, SUITE 306
NEW YORK, NEW YORK 10013

*Address*

DUBINLARRY@AOL.COM
*E-mail address*

(917) 543-0216
*Telephone number*

(212) 966-0588
*FAX number*