AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| United States of America ) | |
| Plaintiff ) | |
| v. ) | Case No. 15 Cr. 599 |
| Juan Peralta ) | |
| Defendant ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Juan Peralta                                                                                                        .

Date:     09/11/2015

_____
*Attorney's signature*

Daniel DeMaria (DD4130)
*Printed name and bar number*

Merchant Law Group LLP
75 South Broadway, Suite 409
White Plains, New York 10601

*Address*

ddemaria@nyslitigators.com
*E-mail address*

(212) 658-1455
*Telephone number*

(877) 607-5419
*FAX number*