

26 BROADWAY, 21ST FL., NEW YORK, NEW YORK 10004 TELEPHONE 212-658-1455 FACSIMILE 877-607-5419
NEW YORK • VANCOUVER • VICTORIA • CALGARY • EDMONTON • REGINA • SASKATOON • TORONTO • MONTREAL

VIA CM/ECF

September 11th, 2015

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

       Re:   United States v. Juan Peralta
            15 Cr. 599 (RA)

Dear Judge Abrams:

Please be advised that I have been retained by Juan Peralta to represent him in the above-captioned case. I respectfully request that the Court permit me to substitute as counsel. I will be filing an electronic notice of appearance separately.


     Respectfully,

     Merchant Law Group LLP


By:_____
     Daniel DeMaria, Esq.


cc    AUSA Andrew DeFilippis