UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9/11/15

UNITED STATES OF AMERICA,

v.

JUAN PERALTA,

Defendant.

No. 15-CR-599 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The parties are directed to appear for a conference regarding Defendant's substitution of counsel on September 15, 2015 at 12:30 in in Courtroom 1506 of the U.S. District Court for the Southern District of New York, 40 Foley Square, New York, New York. Mr. Dubin and Mr. DeMaria are both directed to attend. The Government shall notify the Court in advance of the conference whether a hearing pursuant to *United States v. Curcio*, 25 F.3d 146 (2d Cir. 1994) is required.

SO ORDERED.

Dated:   September 11, 2015
         New York, New York

Ronnie Abrams
United States District Judge